

*S. Martin Teel Jr.*

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LAWRENCE HENDERSON, | ) | Case No. 19-00657 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

### ORDER

Upon consideration of the debtor's motion to extend the deadline to file required documents (Dkt. No. 12), it is

ORDERED that the debtor is granted until October 30, 2019, to file his Schedules A/B-J (Official Form 106), Copies of All Payment Advices or Other Evidence of Payment/Statement That No Evidence of Payment Exists, Statement of Your Financial Affairs, Chapter 13 Statement of Your Current Monthly Income, and Chapter 13 Plan of Reorganization.

[Signed and dated above.]

Copies to: Debtor (by hand-mailing); Recipients of e-notifications.

R:\Common\TeelSM\KLP\Extend Time - Filings\Order re Extending Deadline to File Schedules (13)_Lawrence Henderson.wpd